■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY CORRENTI, Appellant. [21 NYS3d 613]—Order, Supreme Court, New York County (A. Kirke Bartley, Jr., J.), entered on or about June 24, 2013, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly assessed 10 points for unsatisfactory conduct while confined, particularly since one of defendant's tier III infractions suggested a specific risk of reoffense.

The court properly exercised its discretion in declining to grant a downward departure (*see People v Gillotti*, 23 NY3d

841 [2014]). The cited mitigating factors were adequately taken into account by the guidelines, or were outweighed by the seriousness and extent of defendant's sex crimes against children. Concur—Friedman, J.P., Acosta, Andrias and Richter, JJ.